No. 16,992.

ZLATIN *v.* LEYNER ET AL.
(260 P. [2d] 608)

Decided July 20, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion; Mr. Justice Bradfield not participating.

Mr. ROBERT D. INMAN, for plaintiff in error.

Mr. M. M. RINN, Mr. WADE P. CONNELL, for defendants in error.